McGREGOR W. SCOTT
United States Attorney
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARIO GARCIA, AND ISAIAH GARCIA, <br><br> Defendants. | CASE NO.  1:21-cr-00041-DAD-BAM <br><br> MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on February 11, 2021 charging the above defendant with violations of 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute 40 grams or more of a mixture or substance containing a detectable amount of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide); 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute 40 grams or more of a mixture or substance containing a detectable amount of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide); 21 U.S.C. § 853(a) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order

that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: February 11, 2021

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By   /s/ JUSTIN GILIO
     JUSTIN GILIO
     Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  February 11, 2021

*Sheila K. Oberto*
Sheila K. Oberto
U.S. Magistrate Judge