Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant ISAIAH GARCIA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:21-CR-00041-DAD BAM |
| Plaintiff, | **STIPULATION TO MODIFY LOCATION MONITORING CONDITION OF PRETRIAL RELEASE AND ORDER THEREON** |
| vs. | |
| ISAIAH GARCIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that ISAIAH GARCIA's Location Monitoring condition of release be modified from Home Detention to Curfew.

IT IS STIPULATED that condition (7)(p) be modified to read as follows:

> "CURFEW: You must remain inside your residence every day from 8:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment, or court ordered obligations."

Pretrial Officer Frank Guerrero has advised the parties of Mr. Garcia's continued compliance on pretrial release. Mr. Garcia is attending school, has secured employment, and is participating in substance abuse treatment. Officer Guerrero is recommending this modification.

IT IS SO STIPULATED.

Dated: July 6, 2021     Respectfully Submitted,

*/s/ Serita Rios*
_____
**Serita Rios**
Attorney for Defendant

Dated: July 6, 2021     Respectfully Submitted,

*/s/ Justin Gilio*
_____
**Justin Gilio**
Assistant United States Attorney

_____

## ORDER

Good cause appearing, the conditions of release for defendant, ISAIAH GARCIA, shall be modified as set forth in this stipulation. All other conditions of release, not modified herein, will remain in full force and effect.

IT IS SO ORDERED.

Dated: **July 6, 2021**          /s/ *Erica P. Grosjean*
                         UNITED STATES MAGISTRATE JUDGE