Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant ISAIAH GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:21-CR-00041-ADA-BAM |
| Plaintiff, | **MOTION TO EXONERATE BOND; ORDER** |
| vs. | |
| ISAIAH GARCIA, | |
| Defendant. | |

Defendant, ISAIAH GARCIA, hereby moves the court pursuant to Federal Rule of Criminal Procedure 46(g) for exoneration of the bond and full reconveyance of the cash bond posted by his mother, Delita Garcia.

On March 11, 2021, the Court ordered Mr. Garcia released on conditions including a cash bond of $1,000. On March 12, 2021, Mr. Garcia's mother, Delita Garcia, posted a cash bond in the amount of $1,000 (DKT #24, Receipt # CAE100047879).

On October 31, 2022, Mr. Garcia was sentenced to 60 months in the Bureau of Prisons. Mr. Garcia is respectfully requesting that the bond be exonerated pursuant to

Rule 46(g) of the Federal Rules of Criminal Procedure and that the cash be disbursed to his mother, Delita Garcia.

Dated: July 19, 2024              Respectfully Submitted,

                                  */s/ Serita Rios*
                                  _____
                                  **Serita Rios**
                                  Attorney for Defendant

### ORDER

IS HEREBY ORDERED that the Clerk of the Court exonerate the $1,000 bond in the above-captioned case and reconvey the $1,000 of cash to Delita Garcia, the surety who originally posted the cash bond.

IT IS SO ORDERED.

Dated: __**July 22, 2024**__              /s/ *[signature]*
                                          UNITED STATES MAGISTRATE JUDGE