HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　*Plaintiff,*<br><br>vs.<br><br>ISAIAH GARCIA,<br><br>　　*Defendant.* | Case No. 1:21-CR-00041-2-ADA-BAM<br><br>**APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL (FOR CONTINUITY)** |

　　Defendant, Isaiah Garcia, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking modification of his conditions of release.

　　On November 26, 2025, Mr. Garcia contacted our office seeking appointment for modification of his conditions of release. Mr. Garcia is serving a 48-month term of supervised release. Mr. Garcia submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time.

　　After reviewing his Financial Affidavit, it is respectfully recommended that CJA panel counsel Serita Rios, who represented Mr. Garcia on his underlying case, be appointed *nunc pro tunc* as of November 25, 2025.

DATED: December 1, 2025　　　　　　　　　　*/s/ Peggy Sasso*
　　　　　　　　　　　　　　　　　　　　　　PEGGY SASSO
　　　　　　　　　　　　　　　　　　　　　　First Assistant Federal Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints CJA panel counsel Serita Rios be promptly appointed *nunc pro tunc* as of November 25, 2025, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **December 1, 2025**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE